Thomas L. Allen and Joseph S. Price, Plaintiffs in Error, vs. Putnam National Bank of Palatka, a corporation under the laws of the United States, Defendant in Error.

Writ of Error to Circuit Court Duval county.

*W. P. Ward,* for Plaintiffs in Error.

*Fletcher & Wurts,* for Defendant in Error.

This action was brought by the defendants in error against the plaintiffs in error.   There was judgment for the plaintiffs, and the defendants take writ of error.

Writ of error dismissed on praecipe of counsel for plaintiffs in error.